IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

|  |  |
|---|---|
| TYSON T. RICHARDSON,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN WOOD et al.,<br><br>          Defendants. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 1:12-CV-217 DAK<br><br>District Judge Dale A. Kimball |

Plaintiff, inmate Tyson T. Richardson, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2012), proceeding *in forma pauperis*, *see* 28 *id.* 1915.  Reviewing his Amended Complaint, under § 1915(e), in an Order dated November 1, 2012, the Court determined that it was deficient for a variety of reasons.  The Court then gave Plaintiff direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.  Plaintiff has since filed three amended complaints.

The Court considers only the most recent--the fourth amended complaint--as it supersedes all the others.  Review of that complaint reveals that, not only has Plaintiff not cured the deficiencies noted in the Court's November 1, 2012 order, but he has repeated them.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is **DISMISSED** with prejudice for failure to state a claim under § 1915(e)(2)(B)(ii).

DATED this 12th day of December, 2012.

BY THE COURT:

_____
JUDGE DALE A. KIMBALL
United States District Court